DAVID NIEMAN, Respondent, Appellant, v. VIOLA NADELMAN, Appellant, Respondent. 7 WEST FORTY-FOURTH STREET CORPORATION and Another, Defendants; ABRAHAM KAPLAN, Respondent. NATIONAL SURETY COMPANY, Appellant,

Respondent; and J. Bornstein & Son, Inc., Interpleaded, Respondent.— Judgment affirmed, without costs. No opinion. Present — Finch, Merrell, McAvoy, O'Malley and Sherman, JJ. [136 Misc. 386.]